IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROL CHESEMORE, DANIEL DONKLE,
THOMAS GIECK, MARTIN ROBBINS,
and NANNETTE STOFLET, on behalf of
themselves, Individually, and on behalf of
the CERTIFIED SUBCLASS in the Matter
Known as *Chesemore v. Alliance Holdings, Inc.*,
United States District Court for the Western
District of Wisconsin Case No. 09-cv-413,

    Plaintiffs,

v.

DAVID B. FENKELL,

    Defendant.

Case No. 18-cv-724-wmc

## DECLARATORY JUDGMENT

IT IS ORDERED AND ADJUDGED that declaratory judgment is entered as follows:

(1) David Fenkell's transfer of proceeds from his 2018 tax refunds to Karen Fenkell violated the Pennsylvania Uniform Fraudulent Transfer Act ("PUFTA"), 12 Pa. Cons. Stat. §§ 5101 et seq., and is NULL and VOID; and

(2) David Fenkell received the proceeds from Squire Sanders settlement in March of 2016 in tenancy by the entireties with wife Karen Fenkell under Pennsylvania law.

Approved as to form this 30th day of March, 2023.

_____
William M. Conley, District Judge

s/ Joel Turner                                              3/30/2023
_____                    _____
Joel Turner, Clerk of Court                         Date

Case: 3:18-cv-00724-wmc  Document #: 119  Filed: 03/30/23  Page 2 of 2